PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY KAY HIGGS, | ) | |
| | ) | CASE NO. 1:17CV1502 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Kimberly Kay Higgs's

applications for disability insurance benefits ("DIB") after a hearing in the above-captioned case.

That decision became the final determination of the Commissioner of Social Security when the

Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial

review of the Commissioner's decision, and the Court referred the case to Magistrate Judge

George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636

and Local Rule 72.2(b)(1). On July 25, 2018, the magistrate judge submitted a Report (ECF No.

15) recommending that the Court affirm the Commissioner's decision as supported by substantial

evidence and made pursuant to proper legal standards. Specifically, the magistrate judge found

that the ALJ properly determined (1) Plaintiff's severe impairments and residual functional

capacity; (2) that Plaintiff could perform her past relevant work as a medical records clerk; and

(1:17CV1502)

(3) that Plaintiff could perform medium work with the limitations specified in the ALJ's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report were, therefore, due on August 8, 2018. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed. Judgment will be entered in favor of Defendant.


IT IS SO ORDERED.


  August 9, 2018                     /s/ Benita Y. Pearson
Date                              Benita Y. Pearson
                                  United States District Judge